**No. 57362.**—Amaren Trading Corp. and Daniel F. Young, Inc. *v.* United States, protest 199957–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiffs was sustained.

**No. 57363.**—H. S. Dorf & Co. of Pa., Inc., and Agents Galsworthy, Inc. *v.* United States, protest 191123–K (Philadelphia).

Opinion by EKWALL, J. An inspection of the official papers disclosed that the entry was liquidated on August 1, 1947, and the protest was filed on December 11, 1947. The court, therefore, held that the protest was properly dismissed.